**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TRACIE INMAN and
MARIA DYKMAN,

                    Plaintiffs,

vs.                                   Case No.  3:16-cv-1107-J-32JRK

JACKSONVILLE TRANSPORTATION
AUTHORITY,

                    Defendant.
_____/

## ORDER

This cause is before the Court on the Unopposed Emergency Motion for Admission Pro Hac Vice, and Written Designation and Consent to Act (Doc. No. 71; "Motion"), filed December 20, 2017. In the Motion, Brian East seeks permission to appear pro hac vice in this matter on behalf of Plaintiffs with Sharon Caserta of the law firm of Morgan and Morgan, Deaf/Disability Rights Unit as local counsel. Motion at 1-2. Upon review of the Motion and the file, Mr. East has submitted the information and fee necessary to appear pro hac vice. Accordingly, it is

**ORDERED**:

1.      The Unopposed Emergency Motion for Admission Pro Hac Vice, and Written Designation and Consent to Act (Doc. No. 71) is **GRANTED**.

2.      Brian East  is permitted to appear pro hac vice on behalf of Plaintiffs with Sharon Caserta of the law firm of Morgan and Morgan, Deaf/Disability Rights Unit as local counsel.

3.      Mr. East shall expeditiously ensure mandatory registration with the Court's electronic case filing (ECF) system, if he has not already done so.

**DONE AND ORDERED** at Jacksonville, Florida on December 20, 2017.

JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Counsel of Record